THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Archie Judge,       
Appellant.
 
 
 

Appeal From Lexington County
James R. Barber, Circuit Court Judge

Unpublished Opinion No.  2003-UP-213
Submitted January 29, 2003 - Filed March 
 19, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; Solicitor Donald V. Myers, of Lexington; for Respondent.
 
 
 

PER CURIAM: Archie Judge pleaded guilty 
 to failing to stop for a blue light.  Judge now appeals, arguing the trial court 
 violated the mandate of Boykin v. Alabama, 395 U.S. 238 (1965), by accepting 
 his guilty plea because his plea was not knowingly and voluntarily entered.  
 After a thorough review of the record and counsels brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss [1] Judges appeal and grant counsels 
 motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.